UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDYLYN LaMARCHE., | ) |
| | ) |
| Plaintiff, | ) 08-cv-02438 |
| | ) |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| GREYHOUND LINES, INC., et al, | ) |
| | ) |
| Defendants. | ) |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that James P. Kreindler and Megan W. Benett, of Kreindler & Kreindler LLP, attorneys duly admitted to practice before this Court, hereby enter our appearances as co-counsel on behalf of Plaintiff Cindylyn LaMarche in the above-cited litigation.

Dated: New York, New York
       March 28, 2008

Respectfully submitted,

KREINDLER & KREINDLER LLP

Megan W. Benett /s/
James P. Kreindler (JK7084)
Megan W. Benett (MB 1234)
100 Park Avenue
18th Floor
New York, NY 10017
(212) 687-8181