USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CINDYLYN LAMARCHE,

           Plaintiff,

           v.

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

           Defendants.

------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

08 CIV 2438 (PKL)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties in the above entitled action that, whereas no party is an infant or a person for whom a committee or guardian has been appointed, the above entitled action is hereby discontinued without prejudice as against defendant Laidlaw International, Inc. only.

**FABIANI COHEN & HALL, LLP**

_____
Kevin B. Pollak, Esquire (KBP 6098)
Attorneys for Defendants
GREYHOUND LINES, INC. and
LAIDLAW INTERNATIONAL, INC.
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

**KREINDLER & KREINDLER LLP**

_____
Attorneys for Plaintiff
CINDYLYN LAMARCHE
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 687-8181

Dated: New York, New York
       April 3, 2008

4/3/08

SO ORDERED

_____
      USDJ

382484.1