```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERESITA SANTIAGO, RAMON LORENZO and
TERESITA SANTIAGO, as the Mother and Natural
Guardian of KAREN SANTIAGO DIAZ and HENRY
LORENZO, infants,

                Plaintiffs,

                v.

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendant.
------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
------------------------------------------------------------X

**STIPULATION**  Lead Case
Related to 06-13371

06 CIV. 7108 (PKL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA MERCEDES ROSARIO BRETON, FABIAN
GARCIA and PAOLA GARCIA,
                Plaintiffs,

                v.

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendant.
------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
------------------------------------------------------------X

06 CIV. 7110 (PKL)

382499.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIBO WANG,

        Plaintiff,

        v.                                      06 CIV. 11382 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,

        Defendant.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

        Third-Party Plaintiff,

        v.

MOTOR COACH INDUSTRIES, INC.,

        Third-Party Defendant.
------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIRSTEN ANDERSON,

        Plaintiff,

        v.                                      06 CIV. 13371 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,

        Defendant.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

        Third-Party Plaintiff,

        v.

MOTOR COACH INDUSTRIES, INC.,

        Third-Party Defendant.
------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURE BOUDET,
                Plaintiff,

                v.                        07 CIV. 3098 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendants.
------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF
THE ESTATE OF ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually, JACQUELIN
BERTRAND and MARIE LILIANE MILARD,
                Plaintiffs,

                v.                        07 CIV. 3289 (PKL)

MOTOR COACH INDUSTRIES, INC.,
                Defendant.
------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

              v.

MOTOR COACH INDUSTRIES, INC.,
              Third-Party Defendant.
------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTIAN YOPA and ABI-SARA MACHOLD,
           Plaintiff,

           v.           07 CIV. 6889 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
           Defendants.
------------------------------------------------------------X
GREYHOUND LINES, INC.,
           Third-Party Plaintiff,

           v.

MOTOR COACH INDUSTRIES, INC.,
           Third-Party Defendant.
------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,
           Plaintiffs,

           v.           07 CIV 8364 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
           Defendants.
------------------------------------------------------------X
GREYHOUND LINES, INC.,
           Third-Party Plaintiff,

           v.

MOTOR COACH INDUSTRIES, INC.,
           Third-Party Defendant.
------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased,
      Plaintiffs,

     v.               07 CIV 9299 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
      Defendants.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,
      Third-Party Plaintiff,

     v.

MOTOR COACH INDUSTRIES, INC.,
      Third-Party Defendant.
------------------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsels for the parties that the above captioned consolidated matters and the below referenced matters are hereby consolidated pursuant to F.R.C.P. Rule 42(a) for all purposes.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CINDYLYN LAMARCHE,
      Plaintiff,

     v.               08 CIV 2438 (PKL)

GREYHOUND LINES, INC.,
      Defendant.
------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIONEL CADELIS,
                Plaintiff,

            v.                                08 CIV 2439 (PKL)

GREYHOUND LINES, INC.,
                Defendant.
------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAMADOU SAIDOU BAH and GNALEN BAH,
                Plaintiffs,

            v.                                08 CIV 2440 (PKL)

GREYHOUND LINES, INC.,
                Defendant.
------------------------------------------------------------X

| FABIANI COHEN & HALL, LLP | TAUB & MARDER |
|---|---|
| *(signature)* | *(signature)* |
| Attorneys for Defendant/Third-Party Plaintiff | Attorneys for Plaintiffs |
| GREYHOUND LINES, INC. | TERESITA SANTIAGO, RAMON LORENZO and TERESITA SANTIAGO, as mother and natural guardian of KAREN SANTIAGO DIAZ and HENRY LORENZO, infants; MARIA MERCEDES ROSARIO BRETON, FABIAN GARCIA and PAOLA GARCIA |
| 570 Lexington Avenue, 4th Floor | 450 Seventh Avenue, 37th Floor |
| New York, New York 10022 | New York, New York 10123 |
| (212) 644-4420 | (212) 967-1122 |

382499_1

6

| | |
|---|---|
| **RICH & RICH, P.C.** | **KREINDLER & KREINDLER LLP** |
| *[signature]* | *[signature]* MIL34 |
| **Attorneys for Plaintiff**<br>ZIBO WANG<br>30 Vesey Street<br>New York, New York 10007<br>(212) 406-0440 | **Attorneys for Plaintiffs**<br>KIRSTEN ANDERSON, CHRISTIAN YOPA, ABI-SARA MACHOLD and CINDYLYN LAMARCHE<br>100 Park Avenue, 18th Floor<br>New York, New York 10017<br>(212) 687-8181 |
| **GOLDBERG SEGALLA, LLP** | **RUBENSTEIN & RYNECKI, ESQS.** |
| *[signature]* | *[signature]* RP 9953 |
| **Attorneys for Plaintiff**<br>LAURIE BOUDET<br>5789 Widewaters Parkway<br>Syracuse, New York 13214<br>(315) 413-5400<br>Lisa M. Robinson | **Attorneys for Plaintiffs**<br>BETTY DORCE EXUME, as Administratrix of the Estate of ANTONIDE DORCE, deceased, and BETTY DORCE EXUME, individually, JACQUELIN BERTRAND and MARIE LILIANE MILARD<br>16 Court Street, Suite 1717<br>Brooklyn, New York 11241<br>(718) 522-1020 |
| **NORMAN LISS, ATTORNEYS-AT-LAW, P.C.** | **THE LIETZ LAW FIRM, PLLC** |
| *[signature]* | *David K Lietz* |
| **Attorneys for Plaintiffs**<br>SHERRY ANN GEORGE, SHERRY ANN GEORGE, as Mother and Natural Guardian of VOSHONA GEORGE, Infant, and SHERRY ANN GEORGE and ALLISON IDOHOU, as Co-Administrators of the ESTATE OF DOREEN GEORGE, Deceased<br>200 West 57th Street<br>New York, New York 10019<br>(212) 586-6165 | David Kevin Lietz, Esquire<br>DC Bar No. 430557<br>Admitted Pro Hac Vice<br>**Attorneys for Plaintiffs**<br>CHEIKH SIDY MOHAMED TAMBADOU and OURY CISSE, Individually and as Co-Liquidators of the Estate of SOULEYMANE TAMBADOU<br>888 16th Street North West<br>Washington, DC 20006<br>(202) 349-9869 |

| HERRICK, FEINSTEIN, LLP | NOVACK BURNBAUM CRYSTAL LLP |
|---|---|
| HFS/y *[signature]* | *[signature]* |
| Attorneys for Defendant | Attorneys for Third-Party Defendant |
| THE GOODYEAR TIRE & RUBBER COMPANY | MOTOR COACH INDUSTRIES, INC. |
| 2 Park Avenue | 300 East 42nd Street |
| New York, New York 10016 | New York, New York 10017 |
| (212) 592-1400 | (212) 682-4002 |
| OFFICE OF JAY H. TANENBAUM | LAW OFFICE OF EDWARD P. RYAN |
| *[signature]* | *[signature]* |
| Michael B. Zaransky, of Counsel (MZ 2300) | Attorneys for Plaintiffs |
| Attorneys for Plaintiff | MAMADOU SAIDOU BAH and GNALEN BAH |
| LIONEL CADELIS | 38 Eagle Street |
| 110 Wall Street, 16th Floor | Albany, New York 12207 |
| New York, New York 10005 | (518) 465 - 2488 |
| (212) 422-1765 | |

Dated: New York, New York
       April 3, 2008

SO ORDERED

*[signature]* 4/3/08
USDJ

382499_1                                    8