AO 441 (Rev. 8/01) Third Party Summons in a Civil Action



# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

PLAINTIFF

    See attached Caption

V. DEFENDANT AND THIRD PARTY PLAINTIFF

    See attached Caption

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 08 CIV 2438 (PKL)
[Related to 06 CIV 13371 (PKL)]

V. THIRD PARTY DEFENDANT

    See attached Caption

To: Name and address of Third Party Defendant

    GOODYEAR TIRE & RUBBER COMPANY
    1144 East Market Street
    Akron, Ohio  44316

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Kreindler & Kreindler, LLP<br>100 Park Avenue, 18th Floor<br>New York, New York  10017<br><br>E. Stewart Jones, PLLC<br>28 Second Street<br>Troy, New York  12181 | Kevin B. Pollak, Esq.<br>Fabiani Cohen & Hall, LLP<br>570 Lexington Avenue, 4th Floor<br>New York, New York  10022 |

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
_____
CLERK
(By) DEPUTY CLERK

DATE  APR 2 3 2008

&AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  April 29, 2008 – 2:50 PM |
| NAME OF SERVER  Joe Kuznarsky | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVICE UPON GOODYEAR TIRE + RUBBER COMPANY — SERVED TO BRENDA COZY, EXECUTIVE SECRETARY FOR GOODYEAR TIRE + RUBBER COMPANY, AT SAME, 1144 E. MARKET STREET, AKRON, OHIO 44316.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 30, 2008
             Date

Signature of Server  Joe Kuznarsky

Address of Server

ATTORNEY SERVICES OF NORTHEAST OHIO
221 Springside Drive
Akron Ohio 44333
330-666-9800

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.