Alan D. Kaplan, Esq.
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Email: akaplan@herrick.com

Attorney for Defendant
The Goodyear Tire & Rubber Company

UNITED STATES DISTRICT COURT           ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
CINDYLYN LAMARCHE,                   :
                                     :
               Plaintiff,            :
                                     :
         v.                          :
                                     :
GREYHOUND LINES, INC.                : Case No 08 CIV 2438 (PKL)
                                     :
               Defendant.            :
                                     : [Related to
------------------------------------ x 06 CIV 13371 (PKL)]
GREYHOUND LINES, INC.,               :
                                     : Jury Trial Demanded
               Third-Party Plaintiff, :
                                     : **AFFIDAVIT OF**
         v.                          : **SERVICE BY MAIL**
                                     :
MOTOR COACH INDUSTRIES, INC.,        :
UGL UNICCO, Formerly Known As        :
UNICCO Service Company and THE       :
GOODYEAR TIRE & RUBBER COMPANY,      :

               Third-Party Defendants.
------------------------------------ x

STATE OF NEW YORK  )
                    ss.:
COUNTY OF NEW YORK )

Inbal Baum, being duly sworn, deposes and says:

2

That deponent is not a party to the action, is over eighteen years of age and resides in New York, New York.

That on May 9, 2008, deponent served GOODYEAR'S ANSWER TO GREYHOUND'S THIRD-PARTY COMPLAINT upon:

TAUB & MARDER, ESQS
Kenneth Marder
450 7th Avenue, 37`" Fl.
New York, NY 10123

RICH & RICH, PC
Jeffrey M. Rich
30 Vesey Street
New York, NY 10007

GOLDBERG. SEGALLA LLP
William Gordon Kelly
170 Hamilton Avenue, Suite 203
White Plains, NY 10601-1717

Lisa Marie Robinson
5789 Widewaters Parkway
Syracuse, NY 13214

RUBENSTEIN & RYNECKI
Robert Petitt
16 Court Street
Brooklyn, NY 11241

NORMAN LISS ATTORNEYS-AT-LAW, P.C.
Norman Liss
200 West 57th Street
New York, NY 10019

THE LIETZ LAW FIRM PLLC
David K. Lietz
888 166 Street, NW, Suite 800
Washington, DC 20006

2

VALAD AND VECCHIONE, PLLC
John J. Vecchione
3863 Plaza Drive
Fairfax, VA 22030

and

QUIRK AND BAKALOR, P.C.
Scott P. Taylor
Attorneys for Unicco Service Company
845 Third Avenue

at the above addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Inbal Baum

Sworn to before me, this
12th day of May, 2008

_____
NOTARY PUBLIC

KELLY A. GOODWIN
Notary Public, State of New York
No. 03-4971277
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Aug. 27, 2010

3