Alan D. Kaplan, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Email: akaplan@herrick.com

   Attorney for Defendant
   The Goodyear Tire & Rubber Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK            ELECTRONICALLY FILED
------------------------------------------------x
CINDYLYN LAMARCHE,
                                     Plaintiff,      Case No 08 CIV 2438 (PKL)
                                                     [Related to
                v.      06 CIV 13371 (PKL)]

GREYHOUND LINES, INC.
                                    Jury Trial Demanded
                                Defendant.

------------------------------------------------x **GOODYEAR'S ANSWER TO**
GREYHOUND LINES, INC.,                              **CROSS-CLAIMS OF UGL UNICCO**

                        Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
UGL UNICCO, Formerly Known As
UNICCO Service Company and THE
GOODYEAR TIRE & RUBBER COMPANY,

                        Third-Party Defendants.
------------------------------------------------x

       The Goodyear Tire & Rubber Company ("Goodyear"), by its attorneys, Herrick, Feinstein LLP, answers the Cross-Claims of Third-Party Co-Defendant UGL UNICCO ("UNICCO") (incorporating herein all prior pleadings and defenses) as follows:

## AS TO THE CROSS-CLAIM

1.     In reference to the paragraph of UNICCO's Answer to the Third-Party Complaint designated "EIGHTH", Goodyear denies each and every allegation contained therein directed at Goodyear.

2.     In reference to the paragraph of UNICCO's Answer to the Third-Party Complaint designated "NINTH", Goodyear denies each and every allegation contained therein directed at Goodyear.

**WHEREFORE**, Defendant Goodyear demands Judgment dismissing all cross-claims against it and granting such other and further relief deemed appropriate by the Court.

Dated: New York, New York
       May 16, 2008

                                        HERRICK, FEINSTEIN, LLP


                                        By:   /s/ Alan D. Kaplan
                                              Alan D. Kaplan
                                              akaplan@herrick.com
                                        Attorney for Defendant
                                        *THE GOODYEAR TIRE & RUBBER*
                                        *COMPANY, s/h/a THE GOODYEAR*
                                        *RUBBER and TIRE COMPANY*
                                        2 Park Avenue
                                        New York, NY 10016
                                        Tel:  212-592-1400
                                        Fax:  212-592-1500


To:    Edward P. Ryan, Esq.
       LAW OFFICES OF EDWARD P. RYAN
       Attorneys for the Plaintiffs
       38 Eagle Street
       Albany, NY 12207

       Kevin B. Pollak, Esq.
       FABIANI COHEN & HALL, LLP
       Attorneys for Greyhound Lines, Inc. and
       Laidlaw International, Inc.

570 Lexington Avenue, 4th Floor
New York, New York 10022

NOVACK BURNBAUM CRYSTAL LLP
Attorneys for Third-Party Defendant,
Motor Coach Industries, Inc.
300 East 42nd Street
New York, New York 10017

KREINDLER & KREINDLER LLP
James P. Kreindler
Megan Benett
100 Park Avenue, 18th Fl.
New York, NY 10017
Phone: (212) 687-8181

TAUB & MARDER, ESQS
Kenneth Marder
450 7th Avenue, 37`" Fl.
New York, NY 10123
Phone: (212) 967-1122

RICH & RICH, PC
Jeffrey M. Rich
30 Vesey Street
New York, NY 10007
Phone: (212) 406-0440

GOLDBERG. SEGALLA LLP
William Gordon Kelly
170 Hamilton Avenue, Suite 203
White Plains, NY 10601-1717
Phone: (914) 798-5400

Lisa Marie Robinson
5789 Widewaters Parkway
Syracuse, NY 13214
Phone: (315) 413-5400

RUBENSTEIN & RYNECKI
Robert Petitt
16 Court Street
Brooklyn, NY 11241
Phone: (718) 522-1020

NORMAN LISS ATTORNEYS-AT-LAW, P.C.

Norman Liss
200 West 57th Street
New York, NY 10019
Phone: (212) 586-6165

THE LIETZ LAW FIRM PLLC
David K. Lietz (*admitted pro hac vice*)
DC Bar No. 430557
888 166 Street, NW, Suite 800
Washington, DC 20006
Phone: (202) 349-9869

VALAD AND VECCHIONE, PLLC
John J. Vecchione
3863 Plaza Drive
Fairfax, VA 22030
Phone: (703) 352-4800

and

QUIRK AND BAKALOR, P.C.
Scott P. Taylor
Attorneys for Second Third-Party Defendant
Unicco Service Company d/b/a UGL Unicco,
Formerly Known as Unicco Service Company
845 Third Avenue
New York, NY 10022
Phone: (212) 319-1000