UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    **ANSWER TO CROSS-CLAIMS**
CINDYLYN LAMARCHE,

                        Plaintiffs,                08 CIV 2438 (PKL)

    v.

GREYHOUND LINES, INC.,                    [Related to
                                              06 CIV 13371 (PKL)]
                        Defendant.

------------------------------------------------------------X
GREYHOUND LINES, INC.,

                        Third-Party Plaintiff,

    v.

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known as UNICCO Service
Company and THE GOODYEAR TIRE &
RUBBER COMPANY,

                        Third-Party Defendants.
------------------------------------------------------------X

       Third-Party Defendant, UNICCO Service Company d/b/a UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company, by its attorneys QUIRK AND BAKALOR, P.C., sets forth the following in response to the cross-claims of the Third-Party Defendant THE GOODYEAR TIRE & RUBBER COMPANY ("GOODYEAR") upon information and belief:

       FIRST:     Denies each and every allegation contained in the paragraphs of GOODYEAR's answer to Third-Party complaint numbered "132", "133" and "148" and refers all issues of contract interpretation and law contained therein to this Court.

SECOND:    Denies having knowledge or information sufficient to form a belief as to any of the allegations contained in the paragraphs of GOODYEAR's answer to Third-Party complaint numbered "141", "142", "144", "145" and "146" and refers all issues of contract interpretation and law contained therein to this Court.

THIRD:    Denies each and every allegation contained in the paragraph of GOODYEAR's answer to Third-Party complaint numbered "143".

FOURTH:    Denies each and every allegation contained in the paragraph of GOODYEAR's answer to Third-Party complaint numbered "147" except admits that this answering defendant did not accept GOODYEAR's demand for indemnity and refers all issues of the law contained therein to this Court.

**WHEREFORE,** defendant UNICCO Service Company d/b/a UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company, demands judgment dismissing the cross-claims in Third-Party Defendant GOODYEAR's answer to Third-Party complaint, together with the costs, disbursements and attorneys' fees of this action.

Dated: New York, New York
       May 19, 2008

Yours, etc.

QUIRK AND BAKALOR, P.C.

By:_____
    Scott P. Taylor (7761)
Attorneys for Third-Party Defendant
UNICCO Service Company d/b/a UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company
845 Third Avenue
New York, New York 10022
(212) 319-1000

TO:    KREINDLER & KREINDLER
*Attorneys for Plaintiffs*
**KIRSTEN ANDERSON; CHRISTIAN YOPA**
**ABI-SARA MACHOLD and CINDYLYN LAMARCHE**
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 687-8181

E. STEWART JONES, PLLC
*Attorneys for Plaintiff*
**CINDYLYN LAMARCHE**
28 Second Street
Troy, New York 12181

FABIANI COHEN & HALL, LLP
Kevin B. Pollak (KBP 6098)
*Attorneys for Defendant/*
*Third-Party Plaintiff*
**GREYHOUND LINES, INC.**
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

NOVACK BURNBAUM CRYSTAL LLP
*Attorneys for Third-Party Defendant*
**MOTOR COACH INDUSTRIES, INC.**
300 East 42nd Street
New York, New York 10017
(212) 682-4002

HERRICK, FEINSTEIN, LLP
*Attorneys for Third-Party Defendant*
**THE GOODYEAR TIRE &**
**RUBBER COMPANY**
2 Park Avenue
New York, New York 10016
(212) 592-1400

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated:

*The name signed must be printed beneath*

STATE OF NEW YORK, COUNTY OF _____ ss.:
I, the undersigned, being duly sworn, depose and say: I am

☐ **Individual Verification** in the action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ **Corporate Verification** the _____ of _____ a _____ corporation and a party in the within action; I have read the foregoing _____ and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

*The name signed must be printed beneath*

STATE OF NEW YORK, COUNTY OF   New York   ss.:   (If more than one box is checked—indicate after names type of service used.)
I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at Valley Stream, N.Y.
On May 20, 2008    I served the within    Answer to Cross-Claims

☒ **Service By Mail** by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ **Personal Service on Individual** by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein:*

☐ **Service by Electronic Means** by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ **Overnight Delivery Service** by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

KREINDLER & KREINDLER
*Attorneys for Plaintiffs*
**KIRSTEN ANDERSON; CHRISTIAN YOPA**
**ABI-SARA MACHOLD and CINDYLYN LAMARCHE**
100 Park Avenue, 18th Floor
New York, New York 10017

FABIANI COHEN & HALL, LLP
Kevin B. Pollak (KBP 6098)
*Attorneys for Defendant/*
*Third-Party Plaintiff*
**GREYHOUND LINES, INC.**
570 Lexington Avenue, 4th Floor
New York, New York 10022

NOVACK BURNBAUM CRYSTAL LLP
*Attorneys for Third-Party Defendant*
**MOTOR COACH INDUSTRIES, INC.**
300 East 42nd Street
New York, New York 10017

E. STEWART JONES, PLLC
*Attorneys for Plaintiff*
**CINDYLYN LAMARCHE**
28 Second Street
Troy, New York 12181

HERRICK, FEINSTEIN, LLP
*Attorneys for Third-Party Defendant*
**THE GOODYEAR TIRE &**
**RUBBER COMPANY**
2 Park Avenue
New York, New York 10016

DARA L. ROSENBAUM
Notary Public, State of New York
No. 02RO6117218
Qualified in New York County
Commission Expires October 25, 2008

*/s/ Dara L. Rosenbaum/*

Sworn to before me on
May 20, 2008

*/s/ Ludy Aristilde/*
*The name signed must be printed beneath*

Ludy Aristilde

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 2438   Year

CINDYLYN LARMARCHE,

                Plaintiff,

-against-

GREYHOUND LINES, INC.

                Defendant.   *AND OTHER ACTIONS*

## ANSWER TO CROSS-CLAIMS

**QUIRK AND BAKALOR, P.C.**

*Attorney(s) for* Third–Party Defendant, UNICCO Service Company d/b/a/ UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company

*Office and Post Office Address, Telephone*

**845 Third Avenue**
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

Attorney(s) for

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order
will be presented for settlement to the HON.
within named Court, at
on                         at                    M.
Dated,

of which the within is a true copy
one of the judges of the

Yours, etc.

**QUIRK AND BAKALOR, P.C.**