UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CINDYLYN LAMARCHE,

                        Plaintiff,                                  ELECTRONICALLY FILED

        v.

GREYHOUND LINES, INC.,                                      08 CIV. 2438 (PKL)

                        Defendant.                              [Related to]
------------------------------------------------------------------------X     06 CIV 13371 (PKL)
GREYHOUND LINES, INC.,

                      Third Party Plaintiff,

                                                          Jury Trial Demanded
        v.

                                                             **RULE 7.1**
MOTOR COACH INDUSTRIES, INC., UGL UNICCO, f/k/a    **CORPORATE DISCLOSURE**
UNICCO Service Company, and THE GOODYEAR TIRE &    **STATEMENT OF**
RUBBER COMPANY,                                            **MOTOR COACH**
                                                              **INDUSTRIES, INC.**
                      Third-Party Defendants.
------------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Third Party Defendant Motor Coach Industries, Inc., a private, non-governmental party, certifies that:

       The parent corporation of Third Party Defendant Motor Coach Industries, Inc. is Motor Coach Industries International, Inc.  No publicly held company owns ten percent or more of the stock of Third Party Defendant Motor Coach Industries, Inc.

Dated: New York, New York
       June 13, 2008

Novack Burnbaum Crystal LLP

By: _____
    Howard C. Crystal (HC1666)
300 East 42nd Street
New York, New York 10017
(212) 682-4002

Attorneys for Third Party Defendant
Motor Coach Industries, Inc.

To:

FABIANI COHEN & HALL, LLP
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

HERRICK, FEINSTEIN, LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400

E. STEWART JONES, ESQ.
28 Second Street
Troy, New York 12181

8126380_4

2