*Leisure/S*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CINDYLYN LAMARCHE,

                        Plaintiff,

         v.

GREYHOUND LINES, INC.,

                        Defendant.
---------------------------------------------------------------X
GREYHOUND LINES, INC.,

                        Third Party Plaintiff,

         v.

MOTOR COACH INDUSTRIES, INC., UGL UNICCO, f/k/a
UNICCO Service Company, and THE GOODYEAR TIRE &
RUBBER COMPANY,

                        Third-Party Defendants.
---------------------------------------------------------------X

08 CIV. 2438 (PKL)

[Related to]
06 CIV 13371 (PKL)

Jury Trial Demanded

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Defendant The Goodyear Tire & Rubber Company and for Third Party Defendant Motor Coach Industries, Inc.("MCI"), that the time for MCI to answer or otherwise respond to the Cross-Claim in this action is hereby extended to and including July 18, 2008.

Dated:     New York, New York
               June 20, 2008

NOVACK BURNBAUM CRYSTAL, LLP

*Howard Crystal by REC*
*by permission*

Howard C. Crystal (HC1666)
300 East 42nd Street
New York, NY 10017
212-682-4002
Attorneys for Third Party Defendant

HERRICK, FEINSTEIN, LLP

Alan D. Kaplan
2 Park Avenue
New York, New York 10016
212-592-1400
Attorneys for Defendant

SO ORDERED:

Peter K. Leisure, U.S.D.J.
6/24/08

8128712 3