UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TERESITA SANTIAGO, RAMON LORENZO and
TERESITA SANTIAGO, as the Mother and Natural
Guardian of KAREN SANTIAGO DIAZ and HENRY
LORENZO, infants,
                Plaintiffs,

        v.                                                                                06 CIV. 7108 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendant.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

        v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIA MERCEDES ROSARIO BRETON, FABIAN
GARCIA and PAOLA GARCIA,
                Plaintiffs,

        v.                                                                                06 CIV. 7110 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendant.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

        v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
------------------------------------------------------------------X

[handwritten: ~~STIPULATION~~ ORDER / filed under 06-13371]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

389369.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ZIBO WANG,
      Plaintiff,

      v.                06 CIV. 11382 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
      Defendant.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
      Third-Party Plaintiff,

      v.

MOTOR COACH INDUSTRIES, INC.,
      Third-Party Defendant.
------------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KIRSTEN ANDERSON,
      Plaintiff,

      v.                06 CIV. 13371 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
      Defendant.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
      Third-Party Plaintiff,

      v.

MOTOR COACH INDUSTRIES, INC.,
      Third-Party Defendant.
------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LAURE BOUDET,
                Plaintiff,

                v.                                            07 CIV. 3098 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendants.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF
THE ESTATE OF ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually, JACQUELIN
BERTRAND and MARIE LILIANE MILARD,
                Plaintiffs,

                v.                                            07 CIV. 3289 (PKL)

MOTOR COACH INDUSTRIES, INC.,
                  Defendant.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
------------------------------------------------------------------X

389369.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTIAN YOPA and ABI-SARA MACHOLD,
                Plaintiff,

                v.                                    07 CIV. 6889 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendants.
-------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
-------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,
                Plaintiffs,

                v.                                    07 CIV 8364 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendants.
-------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
-------------------------------------------------------------------X

389369.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased,
    Plaintiffs,

    v.                07 CIV 9299 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
    Defendants.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
    Third-Party Plaintiff,

    v.

MOTOR COACH INDUSTRIES, INC.,
    Third-Party Defendant.
------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CINDYLYN LAMARCHE,
    Plaintiff,

    v.                08 CIV 2438 (PKL)

GREYHOUND LINES, INC.,
    Defendant.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
    Third-Party Plaintiff,

    v.

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known As UNICCO Service
Company and THE GOODYEAR TIRE &
RUBBER COMPANY,
    Third-Party Defendants.
------------------------------------------------------------------------X

389369.1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
**LIONEL CADELIS,**
            Plaintiff,

            v.                                            08 CIV 2439 (PKL)

**GREYHOUND LINES, INC., and THE GOODYEAR**
**TIRE & RUBBER COMPANY,**
            Defendants.
------------------------------------------------------------------X
**GREYHOUND LINES, INC.,**
            Third-Party Plaintiff,

            v.

**MOTOR COACH INDUSTRIES, INC. and UGL**
**UNICCO, Formerly Known As UNICCO Service**
**Company,**
            Third-Party Defendants.
------------------------------------------------------------------X

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
**MAMADOU SAIDOU BAH and GNALEN BAH,**
            Plaintiffs,

            v.                                            08 CIV 2440 (PKL)

**GREYHOUND LINES, INC., and THE GOODYEAR**
**TIRE & RUBBER COMPANY,**
            Defendants.
------------------------------------------------------------------X
**GREYHOUND LINES, INC.,**
            Third-Party Plaintiff,

            v.

**MOTOR COACH INDUSTRIES, INC. and UGL**
**UNICCO, Formerly Known As UNICCO Service**
**Company,**
            Third-Party Defendants.
------------------------------------------------------------------X

389369.1

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsels for the parties that the above captioned consolidated matters and the below referenced matters are hereby consolidated pursuant to F.R.C.P. Rule 42(a) for all purposes.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
**SYLVINA JEAN CLAVIEN and RAPHAEL DANIS,**
        **Plaintiffs,**

        v.                                                                                  08 CIV 3566 (PKL)

**GREYHOUND LINES, INC., and "JOHN DOE", that name being fictitious, his true name being unknown to Plaintiff,**
        **Defendants.**
------------------------------------------------------------------X
**GREYHOUND LINES, INC.,**
        **Third-Party Plaintiff,**

        v.

**MOTOR COACH INDUSTRIES, INC., UGL UNICCO, Formerly Known As UNICCO Service Company and THE GOODYEAR TIRE & RUBBER COMPANY,**
        **Third-Party Defendants.**
------------------------------------------------------------------X

389369.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LAUREN BICKFORD-BUSHEY,
          Plaintiff,

          v.                                                 08 CIV 4465 (PKL)

GREYHOUND LINES, INC. and THE GOODYEAR
TIRE and RUBBER COMPANY,
          Defendants.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
          Third-Party Plaintiff,

          v.

MOTOR COACH INDUSTRIES, INC. and UGL
UNICCO, Formerly Known As UNICCO Service
Company,
          Third-Party Defendants.
------------------------------------------------------------------------X

| FABIANI COHEN & HALL, LLP | TAUB & MARDER |
|---|---|
| _[signature] (KBP 6098)_ | _[signature]_ |
| Attorneys for Defendant/Third-Party Plaintiff | Attorneys for Plaintiffs |
| GREYHOUND LINES, INC. | TERESITA SANTIAGO, RAMON |
| 570 Lexington Avenue, 4th Floor | LORENZO and TERESITA SANTIAGO, as |
| New York, New York 10022 | mother and natural guardian of KAREN |
| (212) 644-4420 | SANTIAGO DIAZ and HENRY |
| | LORENZO, infants; MARIA MERCEDES |
| | ROSARIO BRETON, FABIAN GARCIA |
| | and PAOLA GARCIA |
| | 450 Seventh Avenue, 37th Floor |
| | New York, New York 10123 |
| | (212) 967-1122 |

389369.1

| | |
|---|---|
| RICH & RICH, P.C.<br><br>_____<br>Attorneys for Plaintiff<br>ZIBO WANG<br>30 Vesey Street<br>New York, New York 10007<br>(212) 406-0440 | KREINDLER & KREINDLER LLP<br><br>_____<br>Attorneys for Plaintiffs<br>KIRSTEN ANDERSON, CHRISTIAN YOPA, ABI-SARA MACHOLD and CINDYLYN LAMARCHE<br>100 Park Avenue, 18th Floor<br>New York, New York 10017<br>(212) 687-8181 |
| GOLDBERG SEGALLA, LLP<br><br>_____<br>Attorneys for Plaintiff<br>LAURIE BOUDET<br>5789 Widewaters Parkway<br>Syracuse, New York 13214<br>(315) 413-5400 | RUBENSTEIN & RYNECKI, ESQS.<br><br>_____<br>Attorneys for Plaintiffs<br>BETTY DORCE EXUME, as Administratrix of the Estate of ANTONIDE DORCE, deceased, and BETTY DORCE EXUME, individually, JACQUELIN BERTRAND and MARIE LILIANE MILARD<br>16 Court Street, Suite 1717<br>Brooklyn, New York 11241<br>(718) 522-1020 |
| NORMAN LISS, ATTORNEYS-AT-LAW, P.C.<br><br>by: _____<br>Attorneys for Plaintiffs<br>SHERRY ANN GEORGE, SHERRY ANN GEORGE, as Mother and Natural Guardian of VOSHONA GEORGE, Infant, and SHERRY ANN GEORGE and ALLISON IDOHOU, as Co-Administrators of the ESTATE OF DOREEN GEORGE, Deceased<br>200 West 57th Street<br>New York, New York 10019<br>(212) 586-6165 | THE LIETZ LAW FIRM, PLLC<br><br>_____<br>David Kevin Lietz, Esquire<br>DC Bar No. 430557<br>Admitted Pro Hac Vice<br>Attorneys for Plaintiffs<br>CHEIKH SIDY MOHAMED TAMBADOU and OURY CISSE, Individually and as Co-Liquidators of the Estate of SOULEYMANE TAMBADOU<br>888 16th Street North West<br>Washington, DC 20006<br>(202) 349-9869 |

389369.1

OFFICE OF JAY H. TANENBAUM

_____
Michael B. Zaransky, of Counsel (MZ 2300)
Attorneys for Plaintiff
LIONEL CADELIS
110 Wall Street, 16th Floor
New York, New York 10005
(212) 422-1765

LAW OFFICES OF NEIL MOLDOVAN

_____
Attorney for Plaintiffs
SYLVINA JEAN CLAVIEN and
RAPHAEL DANIS
One Old Country Road - Suite 270
Carle Place, New York 11514
(516) 294-3300

HERRICK, FEINSTEIN, LLP

_____
Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER
COMPANY
2 Park Avenue
New York, New York 10016
(212) 592-1400

QUIRK and BAKALOR, P.C.

_____  SQT 7761
Attorneys for Third-Party Defendant
UGL UNICCO  except in Bickford-Bushey action
845 Third Avenue, 15th Floor
New York, New York 10022
(212) 319-1000

LAW OFFICE OF EDWARD P. RYAN

_____
Attorneys for Plaintiffs
MAMADOU SAIDOU BAH and GNALEN
BAH
38 Eagle Street
Albany, New York 12207
(518) 465-2488

LAW OFFICE OF MARK SCHNEIDER

_____
Attorneys for Plaintiff
LAUREN BICKFORD-BUSHEY
57 Court Street
Plattsburgh, New York 12901
(518) 566-6666

NOVACK BURNBAUM CRYSTAL LLP

_____
Attorneys for Third-Party Defendant
MOTOR COACH INDUSTRIES, INC.
300 East 42nd Street
New York, New York 10017
(212) 682-4002

389369.1

10

Dated:  New York, New York
       June 26, 2008

**SO ORDERED**

_____
          USDJ