UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

KIRSTEN ANDERSON, et al.,

    Plaintiffs,

        - against -

GREYHOUND LINES, INC., et al.,

    Defendants.

ORDER

06 Civ. 13371  (PKL)
(Consolidated with:
06-7108, 06-7110,
06-11382, 07-3098,
07-3289, 07-6889,
07-8364, 07-9299,
08-2438, 08-2439,
08-2440, 08-3566,
08-4465)

**LEISURE, District Judge:**

The Court received a letter from counsel for Greyhound Lines, Inc. ("Greyhound") dated July 8, 2008 and, in response, a letter from counsel for The Goodyear Tire & Rubber Co. ("Goodyear") regarding inspection of tires that were on the Greyhound bus at the time of the underlying accident.  The tires have been released by the National Transportation Safety Board and are now in Goodyear's custody.

The parties to this action seek access to inspect the tires at Goodyear's facility.  Goodyear has agreed to make the tires available for inspection, subject to certain conditions.  Before Goodyear will schedule and confirm a party's inspection, Goodyear requires that party to disclose the identities of the individuals who will attend the inspection of the tires on its behalf.  Greyhound objects to the terms that Goodyear seeks to impose.  Counsel for Greyhound and Goodyear have been unable to

resolve this dispute.  Greyhound asks the Court to intervene and direct Goodyear to produce the tires for inspection on July 30, 2008.  Goodyear objects and reiterates its requirement that Greyhound disclose the identities of the individuals who will attend an inspection before such inspection is scheduled and confirmed.

Greyhound's request is denied.  In accordance with Goodyear's stated conditions as custodian of the tires, the Court hereby ORDERS Greyhound to disclose the identities of the individuals who will attend an inspection of the tires on Greyhound's behalf.  Thereafter, Goodyear shall make a good faith effort to schedule and confirm Greyhound's requested inspection.

**SO ORDERED.**

New York, New York
July **9**, 2008

_____
U.S.D.J.